**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1772

JACK A. SCHWANER,

Plaintiff - Appellant,

versus

DEPARTMENT OF THE ARMY, FORT EUSTIS, VIRGINIA,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Rebecca Beach Smith, District Judge.  (CA-03-125-4)

Submitted:  October 22, 2004       Decided:  January 28, 2005

Before NIEMEYER, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jack A. Schwaner, Appellant Pro Se. Anita K. Henry, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jack A. Schwaner appeals the district court's order granting summary judgment to the Department of the Army on his civil action challenging a ban on commercial solicitation of students attending Advanced Individual Training at Fort Eustis. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Schwaner v. Dep't of the Army, No. CA-03-125-4 (E.D. Va. May 28, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED